UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lotfolah Kaveh Afrasiabi,  ) | |
|     Plaintiff,  ) | |
| ) | |
|     vs.  ) | |
| The Government of Islamic  ) | |
| Republic of Iran,  ) | Docket Number: 1:24-cv- 10451-MJJ |
| Mission of Iran to United Nations,  ) | |
| Mohammad Javad Zarif,  ) | |
| Ali Khoshroo,  ) | |
| Mrs.  Ebrahimi,  ) | |
| Seyed Torbatnejad,  ) | |
|     Defendants.  ) | |

### MOTION FOR DEFAULT JUDGMENT PURSUANT TO RULE 55

The undersigned respectfully requests that the Court enter judgment for the plaintiff pursuant to Federal Rules of Civil Procedure, Rule 55(a)(b)(2), as to the defendants listed herein: The Government of Islamic, Republic of Iran, Mission of Iran to United Nations, Mohammad Javad Zarif, Ali Khoshroo and Mrs.  Ebrahimi; because each defendant has not responded to the Complaint served on them within the time period requiring response under the Federal Rules of Civil Procedure, Rule 4.

The undersigned states that each of the defendants listed herein were served on March 27, 2024.  Twenty-one days have passed since the date of service and none of the defendants have responded.

As such, the plaintiff asks that judgment enter on his behalf as to the following defendants: The Government of Islamic, Republic of Iran, Mission of Iran to United Nations, Mohammad Javad Zarif, Ali Khoshroo and Mrs.  Ebrahimi.  The undersigned asks also that this matter be set for a hearing on assessment of damages in the near future and will supplement this request affidavits, pleadings and witnesses at the hearing to establish damages.

|  |  |
|---|---|
|  | Respectfully submitted,<br>**Lotfolah Kaveh Afrasiabi**,<br>By his lawyer, |
| May 17, 2024 | */s/ William Keefe*<br>**William Keefe**<br>BBO: 556817<br>801 C Tremont Street<br>Boston, MA 02118<br>Telephone (617) 947-8483<br>Facsimile (617) 445-8002<br>Email: wkeefelaw@gmail.com |

**Certificate of Service**

I, William Keefe certify that I served a copy of this motion on all defendants by sending a copy of the same by certified United States mail to each defendant at 622 3rd Ave 34th floor, New York, N.Y. 10017 on May 17, 2024.

*/s/ William Keefe*
William Keefe

**Certificate of Compliance with Local Rule 7.1(a)**

The undersigned states that he has not conferred with any defendant as the defendants have not responded to the service of the complaint and have not responded to his efforts to discuss this motion.

*/s/ William Keefe*
William Keefe