UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOTFOLAH KAVEH AFRASABI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE GOVERNMENT OF ISLAMIC REPUBLIC OF IRAN, ET. AL.<br><br>　　　　Defendants. | Civil Action No. 1:24-cv-10451-MJJ |

### NOTICE OF APPEARANCE

Please enter the appearance of Alan D. Rose, Jr. of Rose Law Partners LLP as attorney for Defendants the Mission of Iran to United Nations, Mohammad Javad Zarif, Ali Khoshroo, Mrs. Ebrahimi, and Seyed Torbatnejad.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　THE MISSION OF IRAN TO UNITED NATIONS, MOHAMMAD JAVAD ZARIF, ALI KHOSHROO, MRS. EBRAHIMI, and SEYED TORBATNEJAD

　　　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　　　*/s/ Alan D. Rose, Jr.*
　　　　　　　　　　　　　　　　　　Alan D. Rose, Jr. (BBO # 628871)
　　　　　　　　　　　　　　　　　　Rose Law Partners LLP
　　　　　　　　　　　　　　　　　　One Beacon Street, 23rd Floor
　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02108
　　　　　　　　　　　　　　　　　　Telephone: (617) 536-0040
　　　　　　　　　　　　　　　　　　Facsimile: (617) 536-4400
　　　　　　　　　　　　　　　　　　adrjr@rose-law.net

Dated: June 6, 2024

## **CERTIFICATE OF SERVICE**

  I hereby certify that I caused this document to be filed through the ECF system and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper and/or electronic copies will be sent to those indicated as non-registered participants.

                  */s/ Alan D. Rose, Jr.*
                  Alan D. Rose, Jr.

Date: June 6, 2024