UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOTFOLAH KAVEH AFRASIABI )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>THE GOVERNMENT OF ISLAMIC )<br>REPUBLIC OF IRAN, ET. AL. )<br>    Defendants. ) | Docket Number: 1:24-cv- 10451-MJJ |

**PLAINTIFF'S MOTION TO SUPPLEMENT OPPOSITION TO MOTION TO DISMISS**

Plaintiff Lotfolah Kaveh Afrasiabi respectfully requests that the Court allow for the filing of the Plaintiff's Affidavit previously submitted in support of a separate pleading (Document 25 - "Exhibit 1 – Affidavit plaintiff in support of motion" submitted for Plaintiff's Motion for Order of Default Judgment) in this case to be accepted as support for his opposition to the defendant's motion to dismiss. As grounds therefore, the undersigned states that he mistakenly did not file the same affidavit as part of his submissions in this case on August 20, 2024, when he filed his opposition to the defendants' motion to dismiss.

WHEREFORE, the plaintiff respectfully requests that the Court allow for the filing of the Plaintiff's Affidavit previously submitted in support of a separate pleading to be accepted as support for his opposition to the defendant's motion to dismiss.

October 23, 2024

Respectfully submitted,
**Lotfolah Kaveh Afrasiabi**,
By his lawyer,
*/s/ William Keefe*____
**William Keefe**
BBO: 556817
801 C Tremont Street
Boston, MA 02118
Telephone (617) 947-8483
Facsimile (617) 445-8002
Email: wkeefelaw@gmail.com

1

**Certificate of Service**

I, William Keefe certify that I served a copy of this motion on parties through their lawyer by electronically filing the same the Court's ECF filing system on October 23, 2024.

/s/ William Keefe
William Keefe

**Certificate of Compliance with Local Rule 7.1(a)(2)**

The undersigned states that he has attempted to communicate with the defendants lawyer but has not yet heard their response to this request.

/s/ William Keefe
William Keefe