UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOTFOLAH KAVEH AFRASIABI )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>THE GOVERNMENT OF ISLAMIC )<br>REPUBLIC OF IRAN, ET. AL. )<br>    Defendants. ) | Docket Number: 1:24-cv- 10451-MJJ |

### COUNSEL'S MOTION TO WITHDRAW FROM REPRESENTING THE PLAINTIFF

Now comes the undersigned and respectfully requests that he be permitted to withdraw from representing the plaintiff. As grounds therefore, the undersigned states he has had an irretrievable breakdown in communication with his client and believes it is in the best interests of the plaintiff to proceed pro se. Should this motion be allowed, the plaintiff is asking to proceed on all pending matters before the Court as a pro se litigant.

Wherefore, the undersigned asks that he be permitted to withdraw from representing the plaintiff in this case.

                                                                  Respectfully submitted,
                                                                  **Lotfolah Kaveh Afrasiabi**,
                                                                  By his lawyer,

April 27, 2025                                           */s/ William Keefe*____
                                                                  **William Keefe**
                                                                  BBO: 556817
                                                                  801 C Tremont Street
                                                                  Boston, MA 02118
                                                                  Telephone (617) 947-8483
                                                                  Facsimile (617) 445-8002
                                                                  Email: wkeefelaw@gmail.com

## CERTIFICATE OF SERVICE

      I, William Keefe, certify that I served a copy of this motion on all parties through their lawyer by electronically filing the same the Court's ECF filing system on April 27, 2025 (including the plaintiff by email).

April 27, 2025                                                   */s/ William Keefe*  
                                                               William Keefe

## CERTIFICATE OF COMPLAINCE WITH LOCAL RULE 7.1(a)(2)

The undersigned states that he notified opposing counsel of his intention to file this pleading.

April 27, 2025                                                   */s/ William Keefe*  
                                                               William Keefe